IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ELAINE ANN WIGGS,           § | |
| § | |
| Plaintiff,           § | |
| § | |
| v.           § | Civil Action No. 4:14-cv-80-O |
| § | |
| CAROLYN W. COLVIN,           § | |
| Commissioner, Social Security    § | |
| Administration,           § | |
| § | |
| Defendant.           § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's motion to proceed in forma pauperis is **DENIED**. Plaintiff's complaint will be subject to dismissal without further notice under Federal Rule of Civil Procedure 41(b) unless she pays to the Clerk of Court the filing and administrative fees of $400.00 within seven (7) days after this order.

**SO ORDERED** on this **28th day** of **February, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE